IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHILD DEVELOPMENT INC.                                    PLAINTIFF

v.                    No. 4:12-cv-776-DPM

WHIRLPOOL CORPORATION                                     DEFENDANT

ORDER

The case has settled. Unopposed motion to dismiss, № 11, granted. Child Development Inc.'s complaint is dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2013