IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHILD DEVELOPMENT INC.                                          PLAINTIFF

v.                            No. 4:12-cv-776-DPM

WHIRLPOOL CORPORATION                                           DEFENDANT

JUDGMENT

The complaint is dismissed.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2013